IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID POWELL,

    Plaintiff,

v.                                                                 4:17cv453–WS/GRJ

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 36) docketed June 21, 2018. The magistrate judge recommends that Plaintiff's motion (doc. 33) for entry of default judgment against Defendants Robert Simmons, Delrikos A. Brooks, and Valshantaya Cook be granted. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 36) is hereby

ADOPTED and incorporated by reference into this order.

    2. Plaintiff's motion (doc. 33) for default judgment is GRANTED.

    3. The clerk shall enter default judgment stating: "Default judgment is entered against Defendants Robert Simmons, Delrikos A. Brooks, and Valshantaya Cook, jointly and severally, in the amount of $25,000 for pain and suffering and $75,000 for mental and emotional injures, for a total award of $100,000."

    DONE AND ORDERED this ___30th___ day of ___July___, 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE